Approved.
It is SO ORDERED.
s/*Dan Aaron Polster*
United States District Judge
March 21, 2018

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| CITY OF LORAIN, | ) | Case No. 1:17-cv-01639-DAP |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF DISMISSAL** |
| v. | ) | |
| | ) | |
| PURDUE PHARMA L.P., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS HEREBY NOTICED, by counsel for Plaintiff, the City of Lorain, pursuant to Federal Rule of Civil Procedure 41(a)(1)(a)(i), that Russell Portenoy is dismissed from the above captioned matter, without prejudice. Neither party is entitled to interest, costs, or attorneys' fees. No further action shall lie for the same cause.

Dated: March 20, 2018
Melville, NY

**Napoli Shkolnik PLLC**

/s/Paul J. Napoli
Paul J. Napoli
400 Broad Hollow Road
Suite 305
Melville, NY 11747
Tel. (212) 397-1000
pnapoli@napolilaw.com
*Attorneys for Plaintiff, City of Lorain*